IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Kyjen Company,<br><br>　　　　Plaintiff<br><br>　　　　　V.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>　　　　Defendants | CASE NO.: 23-cv-15119<br><br>Judge Virginia M. Kendall |

## <u>Defendant's Motion to Dismiss Plaintiff's Complaint and Vacate Preliminary Injunction</u>

　　Defendant <u>Soon</u> (Doe. 145) is an Walmart store created by an individual operator named He Lan, Defendant locates in Shen Zhen, China, and hereby represents itself to respectfully submit its Motion to dismiss plaintiff's Complaint and vacate Preliminary Injunction. The reasons are that Plaintiff failed to state a claim under Rule 12(b)(6), neither did Plaintiff fully satisfy the standards of entry of Preliminary Injunction. Specifically:

### I. Plaintiff's claims should be dismissed under Rule 12(b)(6).

　　According to the Plaintiff's and complaint, Defendant learned that the plaintiff has trademark "<u>Dogwood</u>". However, Defendant carefully reviewed the evidence *(Figure 1)* provided by plaintiff and did not find any use of Plaintiff's trademarks.



*(Figure 1)*

1

Although the word "Dogwood" appears in the product description "<u>Alueeu 1PCS Durable Dog ToothbrushChew Toy Stick Soft Rubber Teeth Cleaning Point Massage Toothpaste PetSupplies Dogwood Stick Small</u>", based on the context of the description, it can be seen that Defendant just uses "Dogwood" to vividly describe the shape and color of the product. The meaning expressed by the defendant using DOGWOOD is consistent with the dictionary's interpretation of DOGWOOD (Figure 2).



*(Figure 2)*

Besides, Defendant has clearly indicated to the consumer that the brand name of the accused product is "Alueeu" *(Figure 1)*, not Plaintiff's trademarks.

Plaintiff failed to clearly state how the Defendant used its trademark, Plaintiff failed to state a claim that how accused activity caused a likelihood of confusion among consumers. When initiating this lawsuit, Plaintiff never diligently checked whether the stores were really infringing, this is a wrong lawsuit. As such, Plaintiff's Complaint should be dismissed under Rule 12(b)(6).

In terms of procedure, it is highly inappropriate for Plaintiff to merge so many sellers together for joint prosecution. In this case, 151 sellers were sued based on Plaintiff's patent and various trademark rights. To a large extent, each seller's accused activities are different, but Plaintiff did not state why so many different sellers can be merged into the same case for prosecution.

## II. Plaintiff failed to satisfy the standards of entry of Preliminary injunction

**First,** as mentioned above, Plaintiff failed to state a claim, Plaintiff failed to show a reasonable likelihood of success on the merits.

**Second,** after knowing the fact that Defendant was sued, it has stopped offering such product and decided not to sell it in the future, regardless of whether the court finally determines that the alleged act constitutes infringement.

**Third,** the store sold only 1 piece of accused product and accordingly obtained $8.40 (Figure 3).



*(Figure 3)*

However, Defendant's frozen funds ($58,332.92) are far more than the accused sales, almost all frozen funds were attributed to the sales of non accused products. Due to injunction, Defendant can't withdraw its money from the frozen amount, Defendant has no sufficient cash flow to operate the store, as a result, Defendant has to stop its all business. If Defendant continues to be restricted by the Court Injunction, Defendant will lost a lot of sales for non accused product it should have, to a large extent, the loss of profits for sales of non accused product may far exceeds the compensation it may bear.

**Therefore,** Defendant respectfully requests the court:

1. Dismiss Plaintiff's complaint;
2. Vacate Preliminary Injunction Order;

**Respectfully submitted**

/s/He Lan

E-mail: goonroad@163.com

3

Phone number:131-2045-3557

Address:No. 2 Jiayi Industrial Park, Guixiang Community, Longhua District, Shenzhen.

Dated: January 19, 2024