# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
## Eastern Division

The Kyjen Company

                        Plaintiff,

v.

Case No.: 1:23−cv−15119

Honorable Virginia M. Kendall

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Motion to Dismiss [44]. Responses due by 2/7/2024; Replies due by 2/14/2024. Status Hearing set for 4/10/2024 at 9:00 AM. Status hearing set for 2/1/2024 at 9:00 AM stands. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.