IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE KYJEN COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS, AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ON SCHEDULE ) <br> A TO THE COMPLAINT, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-15119 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Maria Valdez** |

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff THE KYJEN COMPANY, LLC ("Plaintiff"), by and through its undersigned counsel, and in compliance with the Court's Preliminary Injunction Order dated January 4, 2024 (Dkt. 39), hereby moves this Court for an Order directing the clerk to unseal all documents that have been restricted/sealed from the Court docket and returning all portions of the Court file to the public records. As grounds therefore, Plaintiff states:

1. On October 18, 2023, Plaintiff filed its *Ex Parte* Motion for Leave to File Under Seal (Dkt. 8), and *Ex Parte* Motion for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Defendant Internet Stores, a Temporary Asset Restraint, Expedite Discovery, and Service of Process by Email and/or Electronic Publication together with the supporting Declarations and Exhibits (the "Application for TRO") (Dkt. 9), pursuant to Local Rule 5.4(d), which requires, unless the Court directs otherwise, *ex parte* filings be restricted from public view.

2. On November 20, 2023, the Court issued a Sealed Temporary Restraining Order (the "Sealed Temporary Restraining Order") (Dkt. 20). On December 14, 2023, the Court granted

Plaintiff's *Ex-Parte* Motion to Extend Temporary Restraining Order (Dkt. 28). Upon receipt of each of the Orders, Plaintiff served the requisite financial institutions in order to restrain Defendants' financial accounts at issue.

3. Plaintiff has confirmed the restraints of certain Defendants' accounts and has served the Complaint, Summons, Sealed Temporary Restraining Order, and all pleadings and filings in this matter on each Defendant remaining in this action by: (1) providing the address to Plaintiff's designated Serving Notice Website to Defendants via e-mail to the e-mail accounts provided by the e-commerce platform associated with each of the Defendant Internet Stores, and (2) posting a copy of all relevant documents filed in this matter at the URL outwardhound-cases.com/case-23-cv-15119.html.

4. As a seal on this matter is no longer required, Plaintiff respectfully requests this matter be unsealed and the portions of the docket relating to Plaintiff's Application for TRO, together with all other documents that have been restricted from the Court docket, be returned to the public portions of the Court file.

WHEREFORE, Plaintiff respectfully requests this Court issue an Order directing the Clerk to unseal all documents filed with the Court that have been restricted from the Court docket and return those portions of the Court file to the public records.

Dated: January 26, 2024                    Respectfully submitted,

*/s/ Alisha Moriceau*
Alisha Moriceau (NDIL No. 1011395)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Tel: (954) 356-0011
amoriceau@bsfllp.com

*Attorney for Plaintiff The Kyjen Company, LLC.*